# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Action No. 18-cv-1777-WJM-SKC

EMILY EVERETT, individually,

    Plaintiff,

v.

SAMPLE SUPPORTS, LLC, a Colorado limited liability company,

    Defendant.

---

# ORDER

---

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Attorney Sybil Kisken of Davis Graham & Stubbs, LLP, has entered her appearance in this case, representing Defendant Sample Supports, LLC. From 1992-1996, I was the Regional Attorney for the U.S. Equal Employment Opportunity Commission ("EEOC") in Denver. During a portion of this time period Ms. Kisken was one of the Trial Attorneys at the EEOC whom I supervised as her second-level

supervisor.

For purposes of this Order it will suffice for me to state that during Ms. Kisken's employment at the EEOC there developed between the two of us a significantly strained professional relationship. For this reason, I find that a reasonable person would harbor doubts about my ability to be fair and impartial to Ms. Kisken, the Davis, Graham law firm, and the Defendant in this case. As a consequence my recusal is required under 28 U.S.C. § 455(a), and I hereby recuse myself from this case.

It is therefore ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 24th day of August, 2018.

BY THE COURT:

_____
William J. Martínez
United States District Judge